UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES OREYE, | ) | Case No.: 4:07 CV 1267 |
| | ) | |
| Petitioner, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | <u>JUDGMENT ENTRY</u> |

Having denied Petitioner James Oreye's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 in a separate Order of this same date, the court hereby enters judgment for the Respondent and against the Petitioner.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

July 31, 2007